# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

KATHY LAURINO YEATTER

: No. 2093 Disciplinary Docket No. 3
:
: Board File No. C3-13-871
:
: (Court of Common Pleas of Lebanon
: County, Criminal Division, No. CP-38-CR-
: 1845-2013)
:
: Attorney Registration No. 92367
: (Lebanon County)

## O R D E R

**PER CURIAM:**

AND NOW, this 10th day of December, 2014, a Rule having been entered by this Court on October 7, 2014, pursuant to Rule 214(d)(1), Pa.R.D.E, directing Kathy Laurino Yeatter to show cause why she should not be placed on temporary suspension and, no response having been filed, it is hereby

ORDERED that the Rule is made absolute; Kathy Laurino Yeatter is placed on temporary suspension pursuant to Rule 214(d)(2), Pa.R.D.E.; and she shall comply with all the provisions of Rule 217, Pa.R.D.E.